Judge Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR06-271RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| TODD KIMBERLY LOVE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Government's Sentencing Memorandum.

It is hereby ORDERED that the Government's Sentencing Memorandum, shall remain sealed.

DATED this _23__ day of _August_, 2007.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order to Seal/Todd K. Love — 1
CR06-271-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970